UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: **04-12006 RGS** |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF JOHN M.** |
| ) | **MCLAUGHLIN IN SUPPORT OF THE** |
| vs. ) | **MOTION TO EXTEND TIME FOR** |
| ) | **SERVICE PURSUANT TO F.R.C.P. 4 (m)** |
| **Robert & Gayle Savy** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. This complaint was filed on or about September 16, 2004.

2. Summons was issued dated September 16, 2004.

3. Documents for service were sent to a sheriff on or about to September 20, 2004.

4. The sheriff allegedly served both of the defendants at their last and usual place of abode on or about September 29, 2004

5. On or about October 9, 2004 the Plaintiff received a letter from Defendant Gayle Savy via fax disputing the claims of the Complaint and stating that Defendant Robert Savy has not lived at the address listed on the Summons for over three years.

6. On or about January 3, 2005 the Defendant Gayle Savy contacted my office, via email, with a current address for Defendant Robert Savy.

7. After January 3, 2005, I obtained a new summons with the new address executed by the clerk of the Court.

8. Upon receipt of the new summons, the Plaintiff delivered same to the appropriate Sheriff stressing that service should be made as soon as possible.

9.  The Plaintiff needs more time to effectuate service on the Defendant.

Subscribed and sworn to, under the pains and penalties of perjury, this 13th day of January, 2005.

| | |
|---|---|
| 1/13/05 | __/s/ John M. McLaughlin _____ |
| Date | John M. McLaughlin (BBO.: 556328) |
| | **Green, Miles, Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Tel: (413) 586-0865 |
| | Fax: (413) 584-6278 |