AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Robert Savy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12006-RGS

FILED
IN CLERKS OFFICE
2005 FEB -1  P 2: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Robert Savy
12 Lynch Street
Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   1/10/04
CLERK                                          DATE

_____
(By) DEPUTY CLERK