# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comcast of Massachusetts III, Inc. | ) | Case No.:  1:04-cv-12006-RGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S REQUEST** |
| vs. | ) | **FOR ENTRY OF DEFAULT** |
| | ) | |
| **Robert Savy & Gayle Savy** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts, III, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Robert Savy and Gayle Savy (hereinafter the "Defendants"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendants.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

9/27/2005
Date

/s/ John M. McLaughlin
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone:  (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 27th day of September, 2005, a copy of the foregoing Request for Default was mailed first class to:

Robert Savy
12 Lynch Street
Peabody, MA 01960

Gayle Savy
7 Mountain Ter
Peabody, MA 01960-6528

/s/ John M. McLaughlin
John M. McLaughlin, Esq.