**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: 1:04-cv-12006-RGS |
| ) | |
| **Plaintiff,** ) | AFFIDAVIT OF ATTORNEY FOR |
| ) | PLAINTIFF'S REQUEST |
| **vs.** ) | FOR DEFAULT |
| ) | |
| **Robert Savy & Gayle Savy** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On September 16, 2004, the Plaintiff filed a Complaint against the Defendants, **Robert Savy & Gayle Savy**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. on September 30, 2004, Defendant Gayle Savy was served **by delivering at last and usual place of abode, by Deputy Sheriff Phillip Bouchard** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A,** attached hereto, and made a part hereof).

3. On January 13, 2005, Defendant Robert Savy was served **by delivering at last and usual place of abode, by Deputy Sheriff Phillip Bouchard** (see copy of Deputy Sheriff's Return of Service marked **Exhibit B**, attached hereto, and made a part hereof).

4. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendants had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

5. To date, the Defendants have failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

6. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

7. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendants are in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 27th day of September, 2005.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

 /s/ John M. McLaughlin
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328