AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Robert & Gayle Savy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 12006 RGS

TO: (Name and address of Defendant)

Gayle Savy
7 Mountain Terrace
Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE SEP 16 2004

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 30, 2004

I hereby certify and return that on 9/29/2004 at 03:30 pm I served a true and attested copy of the summons and complaint, cover sheet, corporate disclosure statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of Gayle Savy, 7 Mountain Terrace, Peabody, MA and by mailing 1st class to the above address on 9/30/2004. Basic Service Fee ($20.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $33.00. Confirmed that Mrs. Savy lived at this address through the mail.

Deputy Sheriff Phillip Bouchard

_____
Deputy Sheriff #969

☒ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                 Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.