AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Robert Savy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12006-RGS

TO: (Name and address of Defendant)

Robert Savy
12 Lynch Street
Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1/10/04

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]    DATE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

January 13, 2005

I hereby certify and return that on 1/11/2005 at 12:45PM I served a true and attested copy of the summons, complaint, cover sheet, corporate disclosure & case category form in this action in the following manner: To wit, by leaving at the last and usual place of abode of Robert Savy, 12 Lynch Street, Peabody, MA 01960 and by mailing 1st class to the above address on 1/12/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $44.10

Deputy Sheriff Phillip Bouchard

Deputy Sheriff #969

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.