**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts III, Inc.** | ) | **Case No.:  1:04-cv-12006-RGS** |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR NOTICE OF REQUEST** |
| | ) | **FOR DEFAULT** |
| **vs.** | ) | |
| | ) | |
| **Robert Savy & Gayle Savy,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendants to

plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure,

notice is hereby given that the Defendant has been DEFAULTED this _____ day of

_____, 2005.


BY THE COURT


_____
Deputy Clerk