United States District Court
District of Massachusetts

Motion to Remove Default

This is to request that a motion to vacate an order of default. Co-defandants Gayle K. Savy, and Robert J. Savy; Civil action no. 04-12006-RGS. Reasons for this reqest are as follows: 1. I, Roert J. Savy, never got served any previous papers, since I have not even been at the address for many months now. As for Gayle Savy, she has been in contact with the plaintiffs attorney several times, and was awaiting an answer from said attorney, when much to her supprise, this notice was delivered. Thus, at this time we request our right to a hearing. Thank you; Robert J. Savy and Gayle K. Savy, Respectfully

2006 JAN 11  P 1:5?

*[signatures]*

1/11/06

04-12006-RGS

Certificate of Service

I, Robert J. Savy & Gayle K. Savy, on this day, served Plaintiffs Attorney by certified Mail.

*[signature]*