FILED
CLERKS OFFICE

2006 SEP -7 P 2: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

September 3, 2006

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Regarding Civil Action 04-12006-RGS

To Whom It May Concern:

Please consider this document to be answer to the complaint put forth by Comcast. With regard to the allegation of improper use of Comcast equipment neither of the co-defendants listed below have any knowledge of these allegations and indeed have always been good customers of both the original AT&T Service and now Comcast. The cable box in question was returned when the co-defendants divorced and changes made to the account primary. The box was intact when returned to the local cable office.

We feel these charges have been made in error and would like to do whatever is necessary to put final resolution to this matter.

Respectfully submitted,

_____
Gayle K. Savy
7 Mountain Terrace
Peabody, MA 01960

_____
Robert J. Savy
12 Lynch Street
Peabody, MA 01960