**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

COMCAST OF MASSACHUSETTS III, INC.
        Plaintiff(s)

CIVIL ACTION

V.

NO. 04-CV-12006-RGS

ROBERT SAVY & GAYLE SAVY
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE____RICHARD G. STEARNS____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _10/16/2006_____ I held the following ADR proceeding:

        _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        __X____    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
        _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The Defendant, Robert Savy, was not present in person or by authorized corporate officer
    _____].
    The case was:

[X]    Settled as to Gayle Savy only. Your clerk should enter a _60____ day order of dismissal as to Gayle Savy.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[X]    Suggested strategy by Plaintiffs Counsel as to Robert Savy:
    Counsel for the Plaintiff, Comcast, does not wish to pursue this case against Robert Savy; thus Comcast will file a motion to dismiss as to Robert Savy, which this Court respectively recommends be allowed.

_10/16/06_____                        /S/ Joyce London Alexander_____
    DATE                                                              ADR Provider